United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ADRIANA HERNANDEZ MACIAS, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § CIVIL ACTION NO. H-25-6275 |
| | § |
| PAMELA JO BONDI, et al., | § |
| | § |
| Respondents. | § |

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

The petitioner, Adriana Hernandez Macias, filed a petition for a writ of habeas corpus to challenge her detention by United States immigration authorities. She now moves to voluntarily dismiss her petition.

Motions for voluntary dismissal should be freely granted unless the non-moving party will suffer prejudice other than the prospect of a second lawsuit. Elbaor v. Tripath Imaging, Inc., 279 F.3d 314, 318 (5th Cir. 2002) (citing Manshack v. Southwestern Elec. Power Co., 915 F.2d 172, 174 (5th Cir. 1990)). The respondents have not been served, and no prejudice is apparent in this case.

Accordingly, the motion (Docket Entry No. 7) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE.**

**SIGNED** at Houston, Texas, on this 6th day of February, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE